**Earl V. NICE and Marilyn Nice,**

v.

**DEACONESS HEALTH SERVICE CORP. d/b/a Deaconess Hospital.**

**No. 73292.**

Missouri Court of Appeals,
Eastern District,
Division Two.

July 28, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 30, 1998.

Application for Transfer Denied
Nov. 24, 1998.

Leonard P. Cervantes, Marion G. Silva, St. Louis, for appellant.

Ross T. Anderson, Kemper R. Coffelt, Clayton, for respondent.

Before CRANE, P.J., and GRIMM and RHODES RUSSELL, JJ.

### ORDER

PER CURIAM.

Independent computer service contractor's employee appeals from the granting of hospital's motion for summary judgment in a premises liability action. No error of law appears. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).